**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | CRIMINAL DIVISION |
| | \| | |
| v. | \| | No. 3:25-CR-0009-1 |
| | \| | |
| TIJUAN ARRINGTON | \| | |

### MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Defendant, through counsel, hereby moves this Honorable Court to order the withdrawal of counsel Kristen M Leddy, Esquire, as attorney of record and to substitute as counsel Sean Logue, Esquire, 27 W. Main St. Carnegie, PA  15106 to represent him in the above-captioned matter.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the motion for withdrawal and substitution of counsel.

Respectfully submitted this 9th day of April, 2026.

Respectfully submitted,


/s/ Sean T. Logue
Sean T. Logue, Esquire
WV ID No. 10981


Date: April 9, 2026

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was electronically filed using the CM/ECF system which should provide a notice of filing to all counsel of records and to the U.S. Attorney.

Dated: April 9, 2026

/s/ Sean T. Logue
Sean T. Logue, Esquire