**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Case No.:   3:26CR9-2 (GROH)** |
| **DAVID WALTERS**, | |
| Defendant. | |

## ORDER WITHDRAWING MOTION TO DETAIN [ECF No. 9] and RELEASING DEFENDANT ON CONDITIONS

On April 15, 2026, the United States of America by Eleanor F. Hurney, Assistant United States Attorney, filed a written Motion [ECF No. 48] to  Withdraw its Motion [ECF No. 9] to Detain if certain conditions were met for the Defendant's release.  An Order [ECF No. 46] Setting Conditions of Release containing those conditions has been entered.

On March 17, 2026, Defendant was indicted. Defendant was charged with the following:  COUNT ONE (1)- Conspiracy to Commit Wire Fraud and COUNTS TWO  (2) through SIX (6)- Wire Fraud. On April 7, 2026, Defendant had his initial appearance in this Court and the Government filed a Motion [ECF No. 9] to Detain.  Defendant was detained under a temporary detention order and a detention hearing was set for April 10, 2026, but was continued to April 21, 2026, to allow probation and the parties to determine whether they could agree on a plan of release. The agreed terms of release

1

were set forth in an Order [ECF No.  ] Setting Conditions of Release filed on April 15, 2026.

After the Order [ECF No. 46] Setting Conditions of Release was signed and filed, the Government filed a Motion [ECF No. 48] to  Withdraw its Motion [ECF No. 9] to Detain. For good cause shown, the Court **GRANTS** the **Government's Motion [ECF No. 48] to Withdraw its Motion to Detain**. Accordingly, it is

**ORDERED** that the Government's **Motion [ECF No. 9] to Detain** is **WITHDRAWN** and Defendant shall be **RELEASED from the Eastern Regional Jail [ERJ]** under the terms of the Order Setting Conditions of Release filed herein. It is further

**ORDERED** that Defendant shall be **RELEASED** from the ERJ no later than **9:00am on Thursday, April 16, 2026**, **and shall report directly to the United States Probation Office at 217 West King Street, Martinsburg, WV 25401 after he is released. If he fails to report to the Martinsburg Probation office, it will be considered a violation of his bond and this order.**

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: 4-15-2026**

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE

2