**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**　　　　　　　　　　　　　　　　　**Criminal Action No. 3:26-CR-9
(GROH)**

**TIJUAN ARRINGTON,**

        Defendant.

## ORDER TERMINATING COUNSEL AND SUBSTITUTING COUNSEL

On April 9, 2026, this Court entered an Order [ECF No. 38] terminating Kristen M. Leddy, Assistant Federal Public Defender, and substituting retained counsel, Sean Thomas Logue, Esq., to represent Defendant in this matter. On May 11, 2026, Defendant filed a Motion [ECF No. 54] to substitute Daniel H. Goldman, as retained counsel, in place of counsel Sean Logue.

For good cause shown, Defendant's **Motion to Substitute Counsel [ECF No.** 54**]** is **GRANTED**. Accordingly, it is

**ORDERED** that Sean Thomas Logue, Esq. is hereby removed as counsel of record for Defendant in the above styled case and is relieved of all further duty. It is further

**ORDERED** that Daniel H. Goldman**,** Esq., shall hereinafter be designated as Defendant's counsel of record.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative

Procedures for Electronic Case Filing in the United States District Court for the Northern

District of West Virginia.

DATED: 5-12-26

_____

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE